UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MINA KILCREASE,<br><br>        Plaintiff,<br><br>v.<br><br>EMPLOYEE BENEFIT PLAN GROUP LONG TERM DISABILITY BENEFITS to employees of LANDAMERICA FINANCIAL GROUP, INC.,<br><br>        Defendant. | CASE NO. 09-CV-00588-LJO-DLB<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendant, LandAmerica Financial Group, Inc. Group Long Term Disability Benefits Plan, shall have an extension of time to answer or otherwise plead to Plaintiff's Complaint to and including June 4, 2009.

    IT IS SO ORDERED.

    Dated:   **May 4, 2009**                **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE