UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MINA KILCREASE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EMPLOYEE BENEFIT PLAN GROUP LONG TERM DISABILITY BENEFITS to employees of LANDAMERICA FINANCIAL GROUP, INC.,<br><br>　　　　　Defendant. | CASE NO. 09-CV-00588-LJO-DLB<br><br>**ORDER FOR CONTINUANCE OF STANDARD OF REVIEW MOTION IN ERISA CASE** |

IT IS ORDERED that the deadline for filing standard of review motions in this ERISA case shall be continued from September 4, 2009 to October 2, 2009.

IT IS SO ORDERED.

Dated:   **September 4, 2009**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4850-6178-6884 v1　　　- 1 -　　　CASE NO. 09-CV-00588-LJO-DLB
(PROPOSED) ORDER FOR CONTINUANCE OF
STANDARD OF REVIEW MOTION IN ERISA CASE