UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MINA KILCREASE,                                          CASE NO. CV F 09-0588 LJO DLB

              Plaintiffs,                      **ORDER AFTER SETTLEMENT**
    vs.                                            (Doc. 18.)

EMPLOYEE BENEFIT PLAN
GROUP LONG TERM DISABILITY
BENEFITS, etc.,

              Defendant.
                                /

       Defense counsel has notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than October 16, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety.

       This Court VACATES all pending dates and matters, including the April 6, 2010 trial.

       Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   September 14, 2009**                      /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE