# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MINA KILCREASE,<br><br>          Plaintiff,<br><br>v.<br><br>EMPLOYEE BENEFIT PLAN GROUP LONG TERM DISABILITY BENEFITS to employees of LANDAMERICA FINANCIAL GROUP, INC.,<br><br>          Defendant. | CASE NO. 09-CV-00588-LJO-DLB<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

DATED: _October 6, 2009     /s/ Lawrence J. O'Neill
                           HONORABLE LAWRENCE J. O'NEILL
                           UNITED STATES DISTRICT COURT JUDGE